UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY D. HAMILTON,

       Debtor.
_____/
TERRY D. HAMILTON,

       Appellant,

  v.

GARY L. WRIGHT, et al.,

       Appellees.
_____/

NO. CIV. S-08-2540 LKK

O R D E R

    This case appears before the court as an appeal from the bankruptcy court. A briefing schedule was issued on November 12, 2008 directing appellant to file an opening brief within fifteen days of the date of that order. The order was served on appellant's counsel on November 21, 2008. Appellant has not filed his opening brief. On December 10, 2008, appellant requested an extension of time to file the opening brief. Appellee opposes on the grounds that appellant's appeal is frivolous. The record before the court presently does not permit such a determination, but the court

observes that appellant has not offered any explanation at all, let alone good cause, for his failure to adhere to the deadlines given in the scheduling order. Accordingly, the court orders as follows:

1. Appellant is hereby ORDERED TO SHOW CAUSE in writing by December 30, 2008 why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150), as permitted by Local Rule 11-110, for the failure to file a timely opening brief;

2. Appellant's opening brief SHALL be filed and served not later than ten (10) days from the date of this order;

3. All remaining deadlines in the court's November 12, 2008 scheduling order remain unchanged.

IT IS SO ORDERED.

DATED: December 16, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2