UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY D. HAMILTON,

          NO. CIV. S-08-2540 LKK

    Appellant,

  v.                                      O R D E R

GARY L. WRIGHT, et al.,

    Defendants.

                          /

    This case appears before the court as an appeal from the bankruptcy court. On December 17, 2008, the court issued an order to show cause why sanctions should not issue for appellant's failure to file an opening brief. The court also ordered appellant to file and serve his opening brief within ten days of the date of the order. Appellant's counsel was served with that order on December 17, 2008. At present, appellant has not complied with the order.

    Accordingly, the court ORDERS as follows:

    1.    Appellant is sanctioned in the above-captioned case in

1

| | |
|---|---|
| 1 | the amount of One Hundred Fifty Dollars ($150), as |
| 2 | permitted by Local Rule 11-110, for the failure to file |
| 3 | a timely opening brief; |
| 4 | 2. The appeal is DISMISSED per Federal Rule of Bankruptcy |
| 5 | Procedure 8001 for failure to file an opening brief. |
| 6 | IT IS SO ORDERED. |
| 7 | DATED: March 4, 2009. |

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT